IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE UHER, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> of the Social Security Administration, ) <br> ) <br> **Defendant.** ) | 4:07CV3215 <br><br> MEMORANDUM <br> AND ORDER |

Defendant has filed a Motion to Reverse and Remand, and for Entry of Final Judgment [15] because the record is incomplete, precluding proper judicial review. The motion is unopposed.

**IT IS ORDERED** that defendant's Motion [15] is granted, as follows:

1. The final decision of the Commissioner is reversed, and this matter is remanded pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g),[1] for a *de novo* hearing before an Administrative Law Judge. The Administrative Law Judge shall conduct a *de novo* hearing and issue a new decision. Plaintiff shall be afforded the opportunity to appear and present new evidence at the hearing.

2. Judgment will be entered separately pursuant to Fed. R. Civ. P. 56.

**DATED January 29, 2008.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**

---

[1] Sentence four of 42 U.S.C. § 405(g) provides: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."