IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BONNIE UHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:07CV3215 |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

On January 29, 2008, this matter was remanded to the Commissioner because the record was incomplete, precluding proper judicial review. The parties now request the court to vacate the order of remand because the necessary records have been found and the administrative record is now complete.

Pursuant to Fed. R. Civ. P. 60(b),

**IT IS ORDERED** that the parties' Joint Motion to Vacate Order of Remand and Motion to Withdraw Application for Attorney's Fees [26] is granted, as follows:

1. The Order of Remand [16] and Judgment [17] are hereby vacated, and the Clerk shall reopen the case for further proceedings in this court.

2. Plaintiff's application for attorney's fees [18] is deemed withdrawn.

3. Defendant is given until **April 30, 2008** to file a Supplemental Transcript.

4. The Plaintiff shall file and serve a brief on or before **June 10, 2008**; the Defendant shall file and serve a brief on or before **July 10, 2008**; and Plaintiff may file and serve a reply brief within the time allowed by NECivR 7.1(c).

**DATED April 8, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**